IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ASHLEY ANDERSON,

    Plaintiff,

v.                                        CASE NO. 4:11-cv-203-RS-WCS

ODELIA TOUCHETTE
and NICKY SHELLEY,

    Defendants.
_____/

## ORDER

Before me is Defendant Nicky Shelly's Motion to Strike Dr. Bruce Rodan, or in the Alternative to Allow Update Deposition of Dr. Joseph Utz and/or for Continuance of the Trial (Doc. 26). Defendant's Motion to Strike is **DENIED** because Dr. Bruce Rodan is a treating physician being used as a rebuttal witness. Therefore, the timing requirements of disclosing expert witnesses do not apply to him. *Roby v. State Farm Mut. Auto. Ins. Co.,* 2001 WL 36096492, 2* (S.D. Fla. Oct. 29, 2001). Defendant's Motion to Allow Update Deposition of Dr. Joseph Utz is **GRANTED**. The Parties shall update his deposition testimony not later than February 6, 2012. Defendant's Motion to Continue Trial is **DENIED**. **ORDERED** on January 20, 2012.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**